UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FELIPE FERNANDEZ, on behalf of himself and :
all others similarly situated, :
                                          Plaintiff, :      24 Civ. 9004 (LGS)
:
            -against- :      ORDER
:
SPORTS UNLIMITED, INC., :
                                         Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference is scheduled in this action for January 29, 2025, at 4:10 P.M. on the conference line (855) 244-8681, access code 23111938649.  It is hereby

       **ORDERED** that the conference scheduled for January 29, 2025, at 4:10 P.M. is **ADJOURNED** to **February 4, 2025, at 4:15 P.M**.  The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.

Dated: January 27, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE