UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FELIPE FERNANDEZ, on behalf of himself and
all other persons similarly situated,

                                  Plaintiff,

                -against-

SPORTS UNLIMITED, INC.,

                                Defendant.
------------------------------------------------------------- X

24 Civ. 9004 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order.  Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: February 5, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE